No. 23-7031

In the

# United States Court of Appeals
## for the District of Columbia Circuit

NextEra Energy Global Holdings B.V.;
NextEra Energy Spain Holdings B.V.,

*Petitioners-Appellees,*

v.

Kingdom of Spain,

*Respondent-Appellant.*

On Appeal from the United States District Court for the
District of Columbia, No. 1:19-cv-01618-TSC,
Hon. Tanya S. Chutkan, *United States District Judge*

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Shay Dvoretzky
  *Counsel of Record*
Bradley A. Klein
Parker Rider-Longmaid
John A. Barkmeyer
Sylvia O. Tsakos
Christopher S. Herlihy

Timothy G. Nelson
Scott Boisvert
Skadden, Arps, Slate,
  Meagher & Flom LLP
One Manhattan West
New York, NY 10001

Skadden, Arps, Slate,
  Meagher & Flom LLP
1440 New York Ave., NW
Washington, DC 20005
Telephone: 202-371-7000
shay.dvoretzky@skadden.com

*Counsel for Petitioners-Appellees NextEra Energy Global Holdings B.V. and
NextEra Energy Spain Holdings B.V.*

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

In accordance with this Court's March 20, 2023, order, Petitioners-Appellees, NextEra Energy Global Holdings B.V. and NextEra Energy Spain Holdings B.V., hereby submit their Certificate as to Parties, Rulings, and Related Cases.

## I. Parties

The parties to this proceeding are:

### A. Respondent-Appellant Kingdom of Spain

The Kingdom of Spain was the respondent before the district court and is the Appellant before this Court.

### B. Petitioners-Appellees NextEra Energy Global Holdings B.V. and NextEra Energy Spain Holdings B.V.

NextEra Energy Global Holdings B.V. and NextEra Energy Spain Holdings B.V. were the petitioners before the district court and are the Appellees before this Court. NextEra Energy Global Holdings B.V. and NextEra Energy Spain Holdings B.V. are wholly owned by the publicly held corporation NextEra Energy, Inc. No publicly held corporation holds 10% or more of NextEra Energy, Inc.'s stock, which is traded on the New York Stock Exchange under the symbol NEE.

### C.      Intervenors and amici

There are no intervenors or amici before this Court at this time. There were no intervenors before the district court. The European Commission filed an amicus brief before the district court on behalf of the European Union and in support of the Kingdom of Spain.

### D.      Parties below

The parties to the district court proceeding below are:

- NextEra Energy Global Holdings B.V. (petitioner)

- NextEra Energy Spain Holdings B.V. (petitioner)

- Kingdom of Spain (respondent)

## II.      Rulings under review

The Kingdom of Spain seeks review of the district court's decision captioned Memorandum Opinion, *NextEra Energy Global Holdings B.V., et al. v. Kingdom of Spain*, No. 1:19-cv-1618 (D.D.C. Feb. 15, 2023) (Tanya S. Chutkan, J.). The decision is not yet reported in the *Federal Supplement* but is available at 2023 WL 2016932.

## III.    Related cases

Appellees are unaware of any related cases other than the case pending before the district court below (*NextEra Energy Global Holdings B.V., et al. v. Kingdom of Spain*, No. 1:19-cv-1618 (D.D.C.)).

Dated: March 23, 2023

Respectfully submitted,

*/s/ Shay Dvoretzky*

Shay Dvoretzky
 *Counsel of Record*
Bradley A. Klein
Parker Rider-Longmaid
John A. Barkmeyer
Sylvia O. Tsakos
Christopher S. Herlihy

Timothy G. Nelson
Scott Boisvert
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001

SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
1440 New York Ave., NW
Washington, DC 20005
Telephone: 202-371-7000
shay.dvoretzky@skadden.com

*Counsel for Petitioners-Appellees NextEra Energy Global Holdings B.V. and NextEra Energy Spain Holdings B.V.*

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Appellate Procedure 25(c)(2) and Circuit Rule 25(f), I hereby certify that on March 23, 2023, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that the CM/ECF system will accomplish service.

Dated: March 23, 2023

Respectfully submitted,

*/s/ Shay Dvoretzky*
Shay Dvoretzky
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1440 New York Ave., NW
Washington, DC 20005
202-371-7000
shay.dvoretzky@skadden.com

*Counsel for Petitioners-Appellees*
*NextEra Energy Global Holdings*
*B.V. and NextEra Energy Spain*
*Holdings B.V.*