# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-7031**                                              **September Term, 2023**

                                                            **1:19-cv-01618-TSC**

                                                            **Filed On: August 16, 2024** [2070418]

NextEra Energy Global Holdings B.V. and
NextEra Energy Spain Holdings B.V.,

      Appellees

  v.

Kingdom of Spain,

      Appellant

## **O R D E R**

      It is **ORDERED**, on the court's own motion, that the Clerk withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41. This instruction to the Clerk is without prejudice to the right of any party to move for expedited issuance of the mandate for good cause shown.

                          **FOR THE COURT:**
                          Mark J. Langer, Clerk

              BY:    /s/
                          Daniel J. Reidy
                          Deputy Clerk