# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-7031**                      **September Term, 2024**

**1:19-cv-01618-TSC**

**Filed On:** October 4, 2024

NextEra Energy Global Holdings B.V. and
NextEra Energy Spain Holdings B.V.,

      Appellees

   v.

Kingdom of Spain,

      Appellant

**BEFORE:**    Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges; and Rogers, Senior Circuit Judge

## O R D E R

Upon consideration of the motion for invitation to file a brief as amicus curiae in support of rehearing en banc, filed by The European Commission on behalf of the European Union, and the lodged brief, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged amicus curiae brief.

### Per Curiam

                         **FOR THE COURT:**
                         Mark J. Langer, Clerk

            BY:     /s/
                      Daniel J. Reidy
                      Deputy Clerk