# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 23-7031** | **September Term, 2024** |
| | **1:19-cv-01618-TSC** |
| | **Filed On:** December 2, 2024 |

NextEra Energy Global Holdings B.V. and
NextEra Energy Spain Holdings B.V.,

    Appellees

    v.

Kingdom of Spain,

    Appellant

**No. 23-7032**

                                                     **1:19-cv-01871-TSC**

9REN Holding S.A.R.L.,

    Appellee

    v.

Kingdom of Spain,

    Appellant

**No. 23-7038**

                                                     **1:21-cv-03249-RJL**

Blasket Renewable Investments LLC,

    Appellant

    v.

Kingdom of Spain,

    Appellee

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-7031**                         **September Term, 2024**

**BEFORE:**   Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges; and Rogers, Senior Circuit Judge

### O R D E R

Upon consideration of the petition for rehearing en banc filed by the Kingdom of Spain, the responses thereto, the brief of amicus curiae the European Commission in support of the petition for rehearing en banc, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Michael C. McGrail
Deputy Clerk