# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 5, 2025

Clerk
United States Court of Appeals for the District of
Columbia Circuit
333  Constitution Avenue, NW
Washington, DC  20001


      Re:  Kingdom of Spain
            v. Blasket Renewable Investments LLC, et al.
            No. 24-1130
            (Your No. 23-7038, 23-7031, 23-7032)


Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on May 1, 2025 and placed on the docket May 5, 2025 as No. 24-1130.


Sincerely,

**Scott S. Harris**, Clerk

by

Pipa Fisher
Case Analyst